IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY CRONIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>Defendants. | Civil Action No. 05-482-KAJ |

**AFFIDAVIT OF NON-RESIDENT SERVICE**

STATE OF DELAWARE        :
                         : ss.
COUNTY OF NEW CASTLE     :

I, A. Zachary Naylor, being duly sworn, according to law, deposes and says:

1. He is an attorney admitted to practice before the bar of the Supreme Court of the State of Delaware.

2. He is an associate at the law firm of Chimicles & Tikellis LLP, attorneys for Plaintiffs in the above-captioned matters.

3. Service of process was made in Civil Action No. 05-482-KAJ pursuant to 10 Del. C. § 3104 on defendant Abbott Laboratories by serving the Secretary of State of the State of Delaware, on July 12, 2005.

4. On July 13, 2005, I caused copies of the process served on the Secretary of State in Civil Action No. 05-482-KAJ to be mailed, by registered mail, return receipt requested to defendant Abbott Laboratories, addressed as follows:  Abbott Laboratories,

Attn: General Counsel, 100 Abbott Park Road, Abbott Park, IL 60064. A true and correct copy of the letter transmitting the Summons and Complaint is attached hereto as Exhibit "A."

5. A true and correct copy of the original registered mail receipts obtained at the time of mailing is attached hereto as Exhibit "B."

6. A true and correct copy of the original signed and returned "green card" return receipt, received by the undersigned affiant on July 21, 2005 is attached hereto as Exhibit "C."

_____
A. Zachary Naylor (#4439)

SWORN TO AND SUBSCRIBED before me this 22nd day of July, 2005.

_____
Catherine H. Emmett, Notary
State of Delaware
My Commission Expires 1/26/07