# Exhibit C

Case 1:05-cv-00482-SLR   Document 8-4   Filed 08/10/2005   Page 1 of 3

| | | | | |
|---|---|---|---|---|
| | Handling Charge | $0.00 | Return Receipt | $1.75 |
| | Postage | $8.70 | Restricted Delivery | $0.00 |

Received by: [signature]

Customer Must Declare Full Value $ 0.00  ☐ With Postal Insurance  ☒ Without Postal Insurance

Date Stamp: 0501 25 07/13/2005

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM:
Chimicles + Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington DE 19899

TO:
Laboratories Fournier, S.A.
ATTENTION: General Counsel
42 Rue de Longue
21300 Chenove FRANCE

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com

---

**Declaration of Value:** You must declare the full value of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

PS Form 3806, June 2002, (Customer Copy - Reverse)

| | | | | |
|---|---|---|---|---|
| Registered No. | RB85831450705 | | | Date Stamp |
| Handling Charge | $0.00 | Return Receipt | $1.75 | 0501 STA WIL JUL 13 07/13/2005 |
| Postage | $8.70 | Restricted Delivery | $0.00 | |
| Received by | 17.95 Storstroma | | | Domestic Insurance up to $25,000 is included in the fee International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☒ $0.00 | ☐ With Postal Insurance ☒ Without Postal Insurance | | |

FROM: Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
Wilmington DE 19899

TO: Fournier Industrie Et Sante
ATTENTION: General Counsel
42 Rue de Longuie
21800 Chenove France

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com

---

**Declaration of Value:** *You must declare the full value* of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for International Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

PS Form 3806, June 2002, (Customer Copy - Reverse)