# Exhibit D

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☑ | Letter (Lettre) ☐ | Printed matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|

| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) 0 | Article Number RB 858 314 486 US |
|---|---|---|

| Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
|---|---|

**Addressee Name or Firm (Nom ou raison sociale du destinataire)**
Laboratories Fournier, S.A.

**Street and No. (Rue et No.)**
42 Rue de Longvie

**Place and Country (Localité et pays)**
21300 Chenove France

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)     Date

**Signature of Addressee (Signature du destinataire)**     **Office of Destination Employee Signature (Signature de l'agent du bureau du destination)**

PS Form **2865**, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE®**     **Return Receipt for International M...**
(Registered, Insured, Recorded Delivery, Express M...)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark the office returning t... receipt. Timbre du bureau renvoyant l'avis.

**Return by the quickest route (air or surface mail), à découvert and postage free.**
**A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.**

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

**Name or Firm (Nom ou raison sociale)**
Chimicles + Tikellis LLP

**Street and Number (Rue et no.)**
ONE Rodney SQUARE, P.O. Box 1035

**City, State, and ZIP + 4 (Localitié et code postal)**
WILMINGTON, DE 19899

UNITED STATES OF AMERICA     Etats-Unis d'Amérique

PS Form **2865**, February 1997     *Avis de réception*     CN07 (Old C5...

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☑ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|

| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) Ø | Article Number RB 858 314 509 US |
|---|---|---|

| Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) 7/13/05 |
|---|---|

**Addressee Name or Firm (Nom ou raison sociale du destinataire)**
Fournier INDUSTRIe Et Sante

**Street and No. (Rue et No.)**
42 Rue de Longvie

**Place and Country (Localité et pays)**
21300 Chenove FRANCE

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☑ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)   Date

**Signature of Addressee (Signature du destinataire)**   **Office of Destination Employee Signature (Signature de l'agent du bureau du destination)**

PS Form **2865**, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE**®

**Return Receipt for International M[ail]**
(Registered, Insured, Recorded Delivery, Express Ma[il])

Postmark [of] the office [r]eturning [the] receipt ([T]imbre du [b]ureau [r]envoyant [l']avis

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

| Return by the quickest route. (air or surface mail), à découvert and postage free. | The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.) |
|---|---|

**Name or Firm (Nom ou raison sociale)**
Chimicles + Tikellis LLP

**A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.**

One Rodney Square, P.O. Box 1035
**Street and Number (Rue et no.)**
Wilmington DE 19899
**City, State, and ZIP + 4 (Localité et code postal)**

UNITED STATES OF AMERICA          Etats-Unis d'Amérique

PS Form **2865**, February 1997          *Avis de réception*          **CN07** (Old C[N07])